Gregory S. Gilbert
Sean D. Thueson
HOLLAND & HART LLP
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada 89169
Telephone: 702-669-4600
Facsimile: 702-669-4650
        -and-
Thomas R. Buchanan
*Admitted Pro Hac Vice*
McDOWELL, RICE, SMITH & BUCHANAN
605 West 47th, Suite 350
Kansas City, MO 64112
Telephone: 816-753-5400
Facsimile: 816-753-9996

*Attorneys for Defendants
Terracon Consultants Western, Inc.;
and Terracon, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| MANDALAY RESORT GROUP, fka CIRCUS CIRCUS ENTERPRISES, INC. a Nevada corporation; MANDALAY DEVELOPMENT, fka CIRCUS CIRCUS DEVELOPMENT CORP., a Nevada corporation; and MANDALAY CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERRACON CONSULTANTS WESTERN, INC., an Iowa corporation; TERRACON, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 2:04-cv-1488-RCJ-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE AUGUST 24, 2009 ORAL ARGUMENT RE: MOTION NOS. 118 AND 119**<br><br>(First Request) |
| AND ALL RELATED ACTIONS | |

Defendants Terracon Consultants Western, Inc. and Terracon, Inc., Plaintiff Mandalay Resort Group, fka Circus Circus Enterprises, Inc., and Third-Party Defendants The Pressure Grout Company, Lochsa, LLC & Klai-Juba Architects, Ltd., by and through their respective counsel of record, hereby stipulate to reschedule the August 24, 2009 oral argument regarding Motion Nos.

118, Renewed Motion for Summary Judgment and 119, Motion to Dismiss Third-Party Plaintiff Terracon, Inc.'s Third-Party Complaint (Renewed) to August 28, 2009.

Dated this 19 day of August 2009

GIRARDI & KEESE

By: _____
Shahram Shayesteh, Esq.
David R. Lira, Esq.
1126 Wilshire Blvd.
Los Angeles, CA 90017
-and-
Dennis R. Haney, Esq.
Stefanie R. Shields, Esq.
HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, NV 89102
702-474-7009 Fax
*Attorneys for Plaintiff*
*Mandalay Report Group f/k/a*
*Circus Circus Enterprises, Inc.*

Dated this ____ day of August 2009

HOLLAND & HART LLP

By: _____
Gregory S. Gilbert, Esq.
Sean D. Thueson, Esq.
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada 89169
Telephone: 702-669-4600
Facsimile: 702-669-4650
-and-
Thomas R. Buchanan
*Admitted Pro Hac Vice*
605 West 47th, Suite 350
Kansas City, MO 64112
Telephone: 816-753-5400
Facsimile: 816-753-9996
*Attorneys for Defendants*
*Terracon Consultants Western, Inc.;*
*and Terracon, Inc.*

Dated this ____ day of August 2009

CISNEROS CLAYSON & MARIAS

By: _____
Paul M Haire, Esq.
1140 Town Center Dr., Ste. 200
Las Vegas, NV 89144
*Attorneys for Third Party Defendant*
*The Pressure Grout Company*

Dated this ____ day of August 2009

WEIL & DRAGE, APC

By: _____
Jean A. Weil, Esq.
Anthony D. Platt, Esq.
Trevor O. Resurreccion, Esq.
6085 W. Twain Ave., Ste. 203
Las Vegas, NV 89103
*Attorneys for Third Party Defendants*
*Lochsa, LLC & Klai-Juba Architects, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

2

118, Renewed Motion for Summary Judgment and 119, Motion to Dismiss Third-Party Plaintiff Terracon, Inc.'s Third-Party Complaint (Renewed) to August 28, 2009.

Dated this ____ day of August 2009

GIRARDI & KEESE

By: _____
   Shahram Shayesteh, Esq.
   David R. Lira, Esq.
   1126 Wilshire Blvd.
   Los Angeles, CA 90017
    -and-
   Dennis R. Haney, Esq.
   Stefanie R. Shields, Esq.
   HANEY, WOLOSON & MULLINS
   1117 South Rancho Drive
   Las Vegas, NV 89102
   702-474-7009 Fax
   *Attorneys for Plaintiff*
   *Mandalay Report Group f/k/a*
   *Circus Circus Enterprises, Inc.*

Dated this 20th day of August 2009

HOLLAND & HART LLP

By: _____
   Gregory S. Gilbert, Esq.
   Sean D. Thueson, Esq.
   3800 Howard Hughes Pkwy., 10th Floor
   Las Vegas, Nevada 89169
   Telephone: 702-669-4600
   Facsimile: 702-669-4650
    -and-
   Thomas R. Buchanan
   *Admitted Pro Hac Vice*
   605 West 47th, Suite 350
   Kansas City, MO 64112
   Telephone: 816-753-5400
   Facsimile: 816-753-9996
   *Attorneys for Defendants*
   *Terracon Consultants Western, Inc.;*
   *and Terracon, Inc.*

Dated this ____ day of August 2009

CISNEROS CLAYSON & MARIAS

By: /s/ Paul M. Haire
   Paul M Haire, Esq.
   1140 Town Center Dr., Ste. 200
   Las Vegas, NV 89144
   *Attorneys for Third Party Defendant*
   *The Pressure Grout Company*

Dated this ____ day of August 2009

WEIL & DRAGE, APC

By: _____
   Jean A. Weil, Esq.
   Anthony D. Platt, Esq.
   Trevor O. Resurreccion, Esq.
   6085 W. Twain Ave., Ste. 203
   Las Vegas, NV 89103
   *Attorneys for Third Party Defendants*
   *Lochsa, LLC & Klai-Juba Architects, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

2

118, Renewed Motion for Summary Judgment and 119, Motion to Dismiss Third-Party Plaintiff Terracon, Inc.'s Third-Party Complaint (Renewed) to August 28, 2009.

Dated this ____ day of August 2009        Dated this ____ day of August 2009

GIRARDI & KEESE                           HOLLAND & HART LLP


By: _____             By: _____
    Shahram Shayesteh, Esq.                   Gregory S. Gilbert, Esq.
    David R. Lira, Esq.                       Sean D. Thueson, Esq.
    1126 Wilshire Blvd.                       3800 Howard Hughes Pkwy., 10th Floor
    Los Angeles, CA 90017                     Las Vegas, Nevada 89169
        -and-                                 Telephone: 702-669-4600
    Dennis R. Haney, Esq.                     Facsimile: 702-669-4650
    Stefanie R. Shields, Esq.                     -and-
    HANEY, WOLOSON & MULLINS                  Thomas R. Buchanan
    1117 South Rancho Drive                   *Admitted Pro Hac Vice*
    Las Vegas, NV 89102                       605 West 47th, Suite 350
    702-474-7009 Fax                          Kansas City, MO 64112
    *Attorneys for Plaintiff*                 Telephone: 816-753-5400
    *Mandalay Report Group f/k/a*             Facsimile: 816-753-9996
    *Circus Circus Enterprises, Inc.*         *Attorneys for Defendants*
                                              *Terracon Consultants Western, Inc.;*
                                              *and Terracon, Inc.*

Dated this ____ day of August 2009        Dated this 20th day of August 2009

CISNEROS CLAYSON & MARIAS                 WEIL & DRAGE, APC


By: _____             By: _____
    Paul M Haire, Esq.                        Jean A. Weil, Esq.
    1140 Town Center Dr., Ste. 200            Anthony D. Platt, Esq.
    Las Vegas, NV 89144                       Trevor O. Resurreccion, Esq.
    *Attorneys for Third Party Defendant*     6085 W. Twain Ave., Ste. 203
    *The Pressure Grout Company*              Las Vegas, NV 89103
                                              *Attorneys for Third Party Defendants*
                                              *Lochsa, LLC & Klai-Juba Architects, Ltd.*

**IT IS SO ORDERED.**



_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I hereby certify that service of the foregoing **STIPULATION AND ORDER TO RESCHEDULE AUGUST 24, 2009 ORAL ARGUMENT RE: MOTION NOS. 118 AND 119** was made this 20th day of August 2009, by depositing a true copy of the same for mailing at Las Vegas, Nevada, addressed to each of the following:

| | |
|---|---|
| Jean A Weil, Esq.<br>John T. Wendland, Esq.<br>WEIL & DRAGE, APC<br>2500 West Sahara Avenue; Suite 106<br>Las Vegas, NV 89102<br>702-314-1909 Fax<br>*Attorneys for Third-Party Defendants*<br>*Lochsa, LLC and Klai-Juba Architects, Ltd.* | Dennis Haney, Esq.<br>Shemilly Briscoe, Esq.<br>Santoro Driggs Walch Kearney Holley & Thompson<br>400 South Fourth St. 3rd Floor.<br>Las Vegas, Nevada 89101<br>702-791-1912 Fax<br>*Attorneys for Plaintiff*<br>*Mandalay Report Group f/k/a*<br>*Circus Circus Enterprises, Inc.* |
| David R. Lira, Esq.<br>Shahram Shayesteh, Esq.<br>GIRARDI & KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>213-481-1554 Fax<br>*Attorneys for Plaintiff*<br>*Mandalay Report Group f/k/a*<br>*Circus Circus Enterprises, Inc.* | Paul M Haire, Esq.<br>CISNEROS CLAYSON & MARIAS<br>1140 Town Center Dr., Ste. 200<br>Las Vegas, NV 89144<br>*Attorneys for Third Party Defendant*<br>*The Pressure Grout Company* |

_/s/ signature_
An employee of Holland & Hart LLP

4595360_1.DOC

3