Gregory S. Gilbert
Sean D. Thueson
HOLLAND & HART LLP
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada 89169
Telephone: 702-669-4600
Facsimile: 702-669-4650
          -and-
Thomas R. Buchanan
*Admitted Pro Hac Vice*
McDOWELL, RICE, SMITH & BUCHANAN
605 West 47th, Suite 350
Kansas City, MO 64112
Telephone: 816-753-5400
Facsimile: 816-753-9996

*Attorneys for Defendants*
*Terracon Consultants Western, Inc.;*
*and Terracon, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| MANDALAY RESORT GROUP, fka CIRCUS CIRCUS ENTERPRISES, INC. a Nevada corporation; MANDALAY DEVELOPMENT, fka CIRCUS CIRCUS DEVELOPMENT CORP., a Nevada corporation; and MANDALAY CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERRACON CONSULTANTS WESTERN, INC., an Iowa corporation; TERRACON, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 2:04-cv-1488-RCJ-PAL<br><br>**STIPULATION AND ORDER TO VACATE THE AUGUST 28, 2009 ORAL ARGUMENT RE: MOTION NOS. 118 AND 119** |
| AND ALL RELATED ACTIONS | |

Defendants Terracon Consultants Western, Inc. and Terracon, Inc., Plaintiff Mandalay Resort Group, fka Circus Circus Enterprises, Inc., and Third-Party Defendants The Pressure Grout Company, Lochsa, LLC & Klai-Juba Architects, Ltd., by and through their respective counsel of record, hereby stipulate to vacate the August 28, 2009 oral argument regarding Motion Nos. 118,

1

1  Renewed Motion for Summary Judgment and 119, Motion to Dismiss Third-Party Plaintiff
2  Terracon, Inc.'s Third-Party Complaint (Renewed).
3       The parties will request a new hearing date following the completion of settlement
4  discussions.

5  Dated this 27 day of August 2009              Dated this 27 day of August 2009
6  GIRARDI & KEESE                                HOLLAND & HART LLP

8  By: /s/                                        By: /s/
       Shahram Shayesteh, Esq.                        Gregory S. Gilbert, Esq.
9      David R. Lira, Esq.                            Sean D. Thueson, Esq.
       1126 Wilshire Blvd.                            3800 Howard Hughes Pkwy., 10th Floor
10     Los Angeles, CA 90017                          Las Vegas, Nevada 89169
       -and-                                          Telephone: 702-669-4600
11     Dennis R. Haney, Esq.                          Facsimile: 702-669-4650
       Stefanie R. Shields, Esq.                      -and-
12     HANEY, WOLOSON & MULLINS                       Thomas R. Buchanan
       1117 South Rancho Drive                        *Admitted Pro Hac Vice*
13     Las Vegas, NV 89102                            605 West 47th, Suite 350
       702-474-7009 Fax                               Kansas City, MO 64112
14     *Attorneys for Plaintiff*                      Telephone: 816-753-5400
       *Mandalay Report Group f/k/a*                  Facsimile: 816-753-9996
15     *Circus Circus Enterprises, Inc.*              *Attorneys for Defendants*
                                                      *Terracon Consultants Western, Inc.;*
16                                                    *and Terracon, Inc.*

17  Dated this ___ day of August 2009              Dated this ___ day of August 2009

18  CISNEROS CLAYSON & MARIAS                      WEIL & DRAGE, APC

20  By:_____                    By:_____
       Paul M Haire, Esq.                              Jean A. Weil, Esq.
21     1140 Town Center Dr., Ste. 200                 Anthony D. Platt, Esq.
       Las Vegas, NV 89144                             Trevor O. Resurreccion, Esq.
22     *Attorneys for Third Party Defendant*          6085 W. Twain Ave., Ste. 203
       *The Pressure Grout Company*                   Las Vegas, NV 89103
                                                      *Attorneys for Third Party Defendants*
23                                                    *Lochsa, LLC & Klai-Juba Architects, Ltd.*

24  **IT IS SO ORDERED.**

27                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
28

2

1  Renewed Motion for Summary Judgment and 119, Motion to Dismiss Third-Party Plaintiff
2  Terracon, Inc.'s Third-Party Complaint (Renewed).
3       The parties will request a new hearing date following the completion of settlement
4  discussions.

5  Dated this ____ day of August 2009      Dated this ____ day of August 2009

6  GIRARDI & KEESE                HOLLAND & HART LLP

8  By: _____     By: _____
    Shahram Shayesteh, Esq.                Gregory S. Gilbert, Esq.
9    David R. Lira, Esq.                     Sean D. Thueson, Esq.
    1126 Wilshire Blvd.                    3800 Howard Hughes Pkwy., 10th Floor
10   Los Angeles, CA 90017                Las Vegas, Nevada 89169
    -and-                                 Telephone: 702-669-4600
11   Dennis R. Haney, Esq.                 Facsimile: 702-669-4650
    Stefanie R. Shields, Esq.                -and-
12   HANEY, WOLOSON & MULLINS       Thomas R. Buchanan
    1117 South Rancho Drive               *Admitted Pro Hac Vice*
13   Las Vegas, NV 89102                  605 West 47th, Suite 350
    702-474-7009 Fax                    Kansas City, MO 64112
14   *Attorneys for Plaintiff*                 Telephone: 816-753-5400
    *Mandalay Report Group f/k/a*          Facsimile: 816-753-9996
15   *Circus Circus Enterprises, Inc.*         *Attorneys for Defendants*
                                         *Terracon Consultants Western, Inc.;*
16                                      *and Terracon, Inc.*

17  Dated this 27th day of August 2009     Dated this ____ day of August 2009

18  CISNEROS CLAYSON & MARIAS        WEIL & DRAGE, APC

20  By: _____     By: _____
    Paul M Haire, Esq.                     Jean A. Weil, Esq.
    1140 Town Center Dr., Ste. 200         Anthony D. Platt, Esq.
21   Las Vegas, NV 89144                  Trevor O. Resurreccion, Esq.
    *Attorneys for Third Party Defendant*     6085 W. Twain Ave., Ste. 203
22   *The Pressure Grout Company*          Las Vegas, NV 89103
                                      *Attorneys for Third Party Defendants*
23                                     *Lochsa, LLC & Klai-Juba Architects, Ltd.*

24  **IT IS SO ORDERED.**

                                           _____
27                                        UNITED STATES MAGISTRATE JUDGE

HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, NV 89169
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

2

1  Renewed Motion for Summary Judgment and 119, Motion to Dismiss Third-Party Plaintiff
2  Terracon, Inc.'s Third-Party Complaint (Renewed).
3      The parties will request a new hearing date following the completion of settlement
4  discussions.

Dated this ____ day of August 2009      Dated this ____ day of August 2009

GIRARDI & KEESE      HOLLAND & HART LLP


By: _____      By: _____
   Shahram Shayesteh, Esq.         Gregory S. Gilbert, Esq.
   David R. Lira, Esq.         Sean D. Thueson, Esq.
   1126 Wilshire Blvd.         3800 Howard Hughes Pkwy., 10th Floor
   Los Angeles, CA 90017         Las Vegas, Nevada 89169
   -and-         Telephone: 702-669-4600
   Dennis R. Haney, Esq.         Facsimile: 702-669-4650
   Stefanie R. Shields, Esq.         -and-
   HANEY, WOLOSON & MULLINS         Thomas R. Buchanan
   1117 South Rancho Drive         *Admitted Pro Hac Vice*
   Las Vegas, NV 89102         605 West 47th, Suite 350
   702-474-7009 Fax         Kansas City, MO 64112
   *Attorneys for Plaintiff*         Telephone: 816-753-5400
   *Mandalay Report Group f/k/a*         Facsimile: 816-753-9996
   *Circus Circus Enterprises, Inc.*         *Attorneys for Defendants*
        *Terracon Consultants Western, Inc.;*
        *and Terracon, Inc.*

Dated this ____ day of August 2009      Dated this 27th day of August 2009

CISNEROS CLAYSON & MARIAS      WEIL & DRAGE, APC


By: _____      By: _____
   Paul M Haire, Esq.         Jean A. Weil, Esq.
   1140 Town Center Dr., Ste. 200         Anthony D. Platt, Esq.
   Las Vegas, NV 89144         Trevor O. Resurreccion, Esq.
   *Attorneys for Third Party Defendant*         6085 W. Twain Ave., Ste. 203
   *The Pressure Grout Company*         Las Vegas, NV 89103
        *Attorneys for Third Party Defendants*
        *Lochsa, LLC & Klai-Juba Architects, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I hereby certify that service of the foregoing **STIPULATION AND ORDER TO VACATE THE AUGUST 28, 2009 ORAL ARGUMENT RE: MOTION NOS. 118 AND 119** was made this 27th day of August 2009, by electronic transmission to the parties on electronic file:

Jean A Weil, Esq.
John T. Wendland, Esq.
WEIL & DRAGE, APC
2500 West Sahara Avenue; Suite 106
Las Vegas, NV 89102
702-314-1909 Fax
*Attorneys for Third-Party Defendants*
*Lochsa, LLC and Klai-Juba Architects, Ltd.*

Dennis Haney, Esq.
Shemilly Briscoe, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth St. 3rd Floor.
Las Vegas, Nevada 89101
702-791-1912 Fax
*Attorneys for Plaintiff*
*Mandalay Report Group f/k/a*
*Circus Circus Enterprises, Inc.*

David R. Lira, Esq.
Shahram Shayesteh, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
213-481-1554 Fax
*Attorneys for Plaintiff*
*Mandalay Report Group f/k/a*
*Circus Circus Enterprises, Inc.*

Paul M Haire, Esq.
CISNEROS CLAYSON & MARIAS
1140 Town Center Dr., Ste. 200
Las Vegas, NV 89144
*Attorneys for Third Party Defendant*
*The Pressure Grout Company*

_/s/ M Cracken_
An employee of Holland & Hart LLP

4601499_1.DOC