Gregory S. Gilbert
Sean D. Thueson
HOLLAND & HART LLP
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada 89169
Telephone: 702-669-4600
Facsimile: 702-669-4650
    -and-
Thomas R. Buchanan
*Admitted Pro Hac Vice*
McDOWELL, RICE, SMITH & BUCHANAN
605 West 47th, Suite 350
Kansas City, MO 64112
Telephone: 816-753-5400
Facsimile: 816-753-9996

*Attorneys for Defendants*
*Terracon Consultants Western, Inc.;*
*and Terracon, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| MANDALAY RESORT GROUP, fka CIRCUS CIRCUS ENTERPRISES, INC. a Nevada corporation; MANDALAY DEVELOPMENT, fka CIRCUS CIRCUS DEVELOPMENT CORP., a Nevada corporation; and MANDALAY CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERRACON CONSULTANTS WESTERN, INC., an Iowa corporation; TERRACON, INC., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS | CASE NO. 2:04-cv-1488-RCJ-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

COMES NOW Plaintiffs Mandalay Resort Group, fka Circus Circus Enterprises, Inc.; MGM Grand Resorts Development, fka Mandalay Development, fka Circus Circus Development Corp.; and Mandalay Corp. ("Mandalay"), and Defendants Terracon Consultants Western, Inc., and Terracon, Inc., (hereinafter "Terracon"), and the Third-Party Defendants, Lochsa, LLC, Klai-Juba

Architects, Ltd., and The Pressure Grout Company (hereinafter "Third Party Defendants) and by and through their respective counsel of record and hereby stipulate and agree to the dismissal of this action, with prejudice, with each party to bear its own costs and fees. This stipulation shall also include the dismissal with prejudice of Defendants Terracon Consultants Western, Inc., and Terracon, Inc., now known as Terracon Consultants, Inc.; and the dismissal with prejudice of each of the Third-Party Defendants, Lochsa, LLC, Klai-Juba Architects, Ltd., and The Pressure Grout Company.

Dated this 1st day of October 2009

GIRARDI & KEESE

By: /s/ David R. Lira
    Shahram Shayesteh, Esq.
    David R. Lira, Esq.
    1126 Wilshire Blvd.
    Los Angeles, CA 90017
    -and-
    Dennis R. Haney, Esq.
    Stefanie R. Shields, Esq.
    HANEY, WOLOSON & MULLINS
    1117 South Rancho Drive
    Las Vegas, NV 89102
    *Attorneys for Plaintiff Mandalay Report*
    *Group f/k/a/ Circus Circus Enterprises, Inc.*

Dated this 1st day of October 2009

HOLLAND & HART LLP

By: /s/ Gregory S. Gilbert
    Gregory S. Gilbert, Esq.
    Sean D. Thueson, Esq.
    3800 Howard Hughes Pkwy., 10th Floor
    Las Vegas, Nevada 89169
    -and-
    Thomas R. Buchanan
    *Admitted Pro Hac Vice*
    605 West 47th, Suite 350
    Kansas City, MO 64112
    *Attorneys for Defendants*
    *Terracon Consultants Western, Inc.;*
    *and Terracon, Inc.*

Dated this 1st day of October 2009

CISNEROS CLAYTON & MARIAS

By:/s/ Paul M. Haire
    Paul M. Haire, Esq.
    1140 Tower Center Dr. Ste. 200
    Las Vegas, NV 89144
    *Attorneys for Third Party Defendant The*
    *Pressure Grout Company*

Dated this 1st day of October 2009

WEIL & DRAGE, APC

By:/s/ Jean A. Weil
    Jean A. Weil, Esq.
    Anthony D. Platt, Esq.
    Trevor O. Resurreccion, Esq.
    6085 W. Twain Ave., Ste. 203
    Las Vegas, NV 809103
    *Attorneys for Third Party Defendants*
    *Lochsa, LLC & Klai- Juba Architects, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

4625217_1.DOC